UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

NOV 17 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                     INDICTMENT NO. 7:23-Cr-21-DCR
                                       18 U.S.C. § 922(g)(1)

**KENNETH E. KUNKEL**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 12, 2023, in Knott County, in the Eastern District of Kentucky,

**KENNETH E. KUNKEL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock Model 21 Gen4, .45 caliber pistol with serial number BBST534, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.   By virtue of the commission of the felony offense charged in this Indictment, **KENNETH E. KUNKEL** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **KENNETH E. KUNKEL** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

   **FIREARMS AND AMMUNITION:**
   a. Glock Model 21 Gen4, .45 caliber pistol S/N: BBST534; and
   b. All associated ammunition and accessories.

A TRUE BILL.

*[signature]*

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, not more than a $250,000 fine, and 3 years of supervised release.

**PLUS:**     Forfeiture of all listed property.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.